# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| DOUGLAS G. RICHARDSON | § § § | |
| Plaintiff | § § | |
| v. | § § | CIV. A. NO. 6:17-cv-428-JRG |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | JURY TRIAL REQUESTED |
| Defendants | § | |

## ENTRY OF NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF AND REQUEST OF NOTICE

PLEASE TAKE NOTICE that Jennifer Tatum Lee hereby enters her appearance as counsel of record on behalf of Plaintiff, Douglas G. Richardson:

> Jennifer Tatum Lee
> State Bar No. 24046950
> **TAYLOR DUNHAM AND RODRIGUEZ LLP**
> 301 Congress Avenue, Suite 1050
> Austin, Texas 78701
> Email: jtatum@taylordunham.com
> (512) 473-2257 Telephone
> (512) 478-4409 Facsimile

Plaintiff requests all notices and service copies to Plaintiff be directed to the above-referenced counsel.

Dated: July 25, 2017

Respectfully submitted,

By: *Jennifer Lee*
Cabrach J. Connor
State Bar No. 24036390
Email: cconnor@taylordunham.com
Jennifer Tatum Lee
State Bar No. 24046950
Email: jtatum@taylordunham.com

**ATTORNEYS FOR PLAINTIFF**