# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Douglas G. Richardson <br><br> *Plaintiff(s)* <br> v. <br> Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. <br><br> *Defendant(s)* | Civil Action No. 6:17-cv-428-JRG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Samsung Electronics America, Inc., by and through its registered agent,
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas
75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Cabrach Connor and Jennifer Tatum Lee
Taylor Dunham and Rodriguez LLP
301 Congress Avenue, Suite 1050
Austin, Texas 78701
(512) 473-2257

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/25/17

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

State of Texas      County of Eastern District of Texas      United States District Court

Case Number: 6:17-CV-428-JRG

Plaintiff:
**Douglas G. Richardson**

vs.

Defendant:
**Samsung Electronics Co., Ltd and Samsung Electronics America, Inc.**

Received these papers on the 25th day of July, 2017 at 5:00 pm to be served on **Samsung Electronics America, Inc. delivering to CT Corporation System, its registered agent, 1999 Bryan Street, Suite 900, Dallas, TX 75201**.

I, Carlos Barrera, being duly sworn, depose and say that on the **26th day of July, 2017** at **10:30 am, I**:

Delivered to: **Samsung Electronics America, Inc. delivering to CT Corporation System, its registered agent**, accepted by **Terri Thongsavat, Authorized To Accept**, a true copy of the **Summons In A Civil Action and Plaintiff's Original Complaint with Exhibits**, with the date and hour of delivery endorsed thereon, at the address of **1999 Bryan Street, Suite 900, Dallas, Texas 75201** and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, not a party to, nor have any interest in the outcome of the above numbered suit. I am certified under order of the Supreme Court of Texas to deliver citations and other notices.

On this day personally appeared affiant, known to me personally to be the person whose name is subscribed to the foregoing return and being by me duly sworn, declare under oath that the statements therein are true and correct. /sf

Subscribed and Sworn to before me on the ~~28th~~ /st day of ~~July~~ August, 2017 by the affiant who is personally known to me.

_____
NOTARY PUBLIC



DAVIS R BLANTON
Notary Public
STATE OF TEXAS
ID#2054966
My Comm. Exp. June 22, 2020

_____
**Carlos Barrera**
TX Cert:SCH5305 Exp:6/30/18

Our Job Serial Number: CBR-2017000618

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0s