IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| DOUGLAS G. RICHARDSON | § § § § | |
| Plaintiff | | |
| v. | § § | CIV. A. NO. 6:17-cv-428-JRG |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | JURY TRIAL REQUESTED |
| Defendants | § | |

**ENTRY OF NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF AND REQUEST OF NOTICE**

PLEASE TAKE NOTICE that Steven Douglas Urban hereby enters his appearance as counsel of record on behalf of Plaintiff, Douglas G. Richardson:

    Steven Douglas Urban
    State Bar No. 24028179
    **LAW OFFICES OF STEVEN D. URBAN**
    1701 Directors Blvd., Suite 290
    Austin, Texas 78744
    512-761-8529
    512-761-7290 facsimile

Plaintiff requests all notices and service copies to Plaintiff be directed to the above-referenced counsel.

Dated: August 18, 2017    Respectfully submitted,

By: *Steven D. Urban*
Cabrach J. Connor
State Bar No. 24036390
Email: cconnor@taylordunham.com
Jennifer Tatum Lee
Texas Bar No. 24046950
Email: jtatum@taylordunham.com

**TAYLOR DUNHAM AND RODRIGUEZ LLP**
301 Congress Ave., Suite 1050
Austin, Texas 78701
512.473.2257 Telephone
512.478.4409 Facsimile

Steven D. Urban
Email: surban@urbanlawoffices.com
Texas Bar No. 24028179

**LAW OFFICES OF STEVEN D. URBAN**
1701 Directors Blvd., Suite 290
Austin, Texas 78744
512-761-8529
512-761-7290 facsimile

**ATTORNEYS FOR PLAINTIFF**