UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:17-cv-428-JRG

Name of party requesting extension: Samsung Electronics America, Inc.

Is this the first application for extension of time in this case?  ✔ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 07/26/2017

Number of days requested:  ✔ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 09/15/2017   *(Required)*

---

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: E. Glenn Thames, Jr.
State Bar No.: 00785097
Firm Name: Potter Minton, PC
Address: 110 N. College Ave., Suite 500
         Tyler, TX  75702

Phone: 903-597-8311
Fax: 903-593-0846
Email: glennthames@potterminton.com

A certificate of conference does not need to be filed with this unopposed application.